**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Bouligny Eason  II
Adams and Reese
701 Poydras St., #4500
New Orleans LA 70139-4596

Joseph William Looney
Adams and Reese, LLP
4500 One Shell Square
New Orleans LA 70139

Raymond Peter Ward
Adams and Reese
701 Poydras Street, #4500
New Orleans LA 70139

Louis Charles LaCour, Jr.
Adams & Reese, LLP
701 Poydras, Suite 4500
New Orleans LA 70139


**REHEARING ACTION: June 20, 2012**


**Docket Number: 11   01531-CA**

**ULTRA PURE WATER TECHNOLOGIES,  INC.**
**VERSUS**
**STANDEX INTERNATIONAL CORP. D/B/A MASTER-BILT, ET AL.**

**Appealed from Lafayette Parish Case No. C-20084587**


**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Standex International Corporation d/b/a Master-Bilt** has this

day been

> **DENIED.**


cc: Thomas Richard Edwards, Counsel for the Appellant
    Bob F. Wright, Counsel for the Appellant
    Mark Powell Seyler, Counsel for the Appellant
    Walter Chillingworth Thompson, Jr., Counsel for the Appellant
    Thomas Edgard Schwab, Counsel for the Appellant
    Cliff A. Lacour, Counsel for the Appellee
    Cliffe Edward Laborde, III, Counsel for the Appellee
    Donald J. McNeil, Counsel for the Appellee
    Patrick A. Juneau  Jr., Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**